**Ruben Davidoff, Esq.**
New York Bar No. 5047832
Davidoff Law, P.C.
108-18 Queens Blvd.,
Suite 404, Queens, NY 11375
T: (718) 691-6252
F: (718) 268-4502
E: rdavidoff@davidofflegal.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TESHWATTIE BRIJLALL**,<br>113-25 Colfax Street<br>Queens, New York, 11429<br><br>      *Plaintiff*,<br><br>    *v.*<br><br><br>**JEFFREY CHRISTOPHERSEN**<br>31 Berkshire Road,<br>Holbrook, New York 11741<br><br>**UNITED STATES POSTAL SERVICE**<br>160 Duryea Road,<br>Melville, New York 11747<br><br>**AARON BENNETT**,<br>1785 Story Avenue, #5C<br>Bronx, New York 10473<br><br>**LUX CREDIT CONSULTANTS LLC**,<br>445 Empire Boulevard,<br>Brooklyn, New York 11225<br><br>**UBER TECHNOLOGIES, INC.**,<br>28 Liberty Street,<br>New York, New York 10005<br><br>      *Defendants.* | *Civil. Action No. _:__-cv-____(___)*<br><br>**PLAINTIFF'S**<br>**COMPLAINT FOR**<br>**RELIEF** |

## PLAINTIFF'S VERIFIED COMPLAINT FOR RELIEF

The Plaintiff, Teshwattie Brijlall ("Plaintiff"), through her undersigned attorneys, Davidoff Law, P.C., complains of the Defendants, Jeffrey Christophersen, United States Postal Service, Arron Bennett, Lux Credit Consultants LLC and Uber Technologies, INC., and states as follows:

## INTRODUCTION

1. This is an action for damages arising out of a motor vehicle accident that occurred on or about 11th day of April, 2022, on North Conduit Avenue, at or around 160 Street, Queens, New York-11413, involving a vehicle wherein Plaintiff was a passenger in a vehicle operated by the Defendant Aaron Bennett owned by Defendant Lux Credit Consultants LLC during his performance of transport services on behalf of taxi aggregator Defendant Uber, Inc.,, and a United States government entity vehicle owned by Defendant United States Postal Services, operated by the Defendant Jeffrey Christophersen.

## PARTIES

2. Plaintiff, Teshwattie Brijlall, is an individual residing at 113-25 Colfax Street, Queens, New York 11429 in the County of Queens, City and State of New York.

3. Defendant, Jeffrey Christophersen, is an individual residing at 31 Berkshire Road, Holdbrook, New York 11741 in the County of Suffolk, Hamlet of Holdbrook and State of New York. Upon information and belief, Defendant, Jeffrey Christophersen, is/was an employee of Defendant United States Postal Service at all times pertinently, including April 11, 2022.

4. Defendant, United States Postal Service, is an independent agency of the executive branch of the United States Government, engaged in the business of providing postal/mailing services.

5. Defendant, Aaronn Benett, is an individual residing at 1785 Story Avenue #5C, Bronx, New York 10473 in the County of Bronx, City and State of New York. Upon information and belief,

1

Aaronn Benett is/was an employee of Defendants Lux Credit Consultants LLC and/or Uber Technologies, Inc.

6. Defendant Lux Credit Consultants LLC is/was a New York State domestic limited liability company duly organized under the laws of State of New York with its principal place of business located in the county of Kings, City and State of New York.

7. Defendant Uber Technologies, Inc. is a foreign business corporation duly organized under the laws of State of Delaware with its offices located in the county of New York, city and state of New York, at all times pertinent herein, including April 11, 2022.

## JURISDICTION AND VENUE

8. This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as the action arises under federal law, and 28 U.S.C. § 1346(b), as it involves a claim against the United States for damages caused by the operation of a United States government owned motor vehicle.

9. The court may grant declaratory relief and other necessary and proper relief pursuant to 28 U.S.C. § 2201 and 2202, and may grant other equitable relief, monetary damages, and a civil penalty pursuant to 42 U.S.C. § 12188(b)(2).

10. The amount in controversy is more than the $75,000 threshold since the Plaintiff is claiming loss arising out of personal injuries amounting in excess of $75000.

11. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claims occurred in this district.

## PRELIMINARY STATEMENT

12. This is a negligence action against the Defendants, in which the Plaintiff seeks relief for serious personal injuries suffered in connection with the motor vehicle accident, which occurred because of the negligence of the Defendant United States Postal Services and its government employees, agents, servants and driver Jeffrey Christopherson and DefendantsAaron Bennett, Lux Credit Consultants LLC and Uber Technologies, Inc. Plaintiff seeks compensatory damages, and damages for past, present, and future pain and suffering, and such other and further relief as the Court deems just and proper.

13. The claims herein are brought against the United States government Defendant pursuant to the Federal Tort Claims Act (28 U.S.C. §2671, *et seq.*) and 28 U.S.C. §1346 (a) (2) and (b), for monetary damages as compensation for the serious personal injuries caused and resulting from the negligence of the Defendants.

14. This is a claim made under the Federal Tort Claims Act ("FTCA"), pursuant to 28 U.S.C. §1346 (b) and 28 U.S.C. §2671 *et seq.* for damages sustained by the Plaintiff.

15. The Plaintiff has complied with all the administrative requirements under the FTCA.

16. On May 22, 2023, Defendant United States Postal Service assigned Plaintiff's Claim to the National Tort Center for Adjudication. *See Exhibit A*, Letter dated May 22, 2023. As such, Plaintiff is filing this complaint pursuant to 28 U.S.C. §2675 (a) after (6) months from the date of notice of adjudication of this claim.

3

## STATEMENT OF CLAIM:  AS TO PLAINTIFF'S CAUSE OF ACTION AS AGAINST

## DEFENDANTS HEREIN FOR PERSONAL INJURY

17. That at all times mentioned herein, the Plaintiff, Teshwattie Brijlall, was the passenger of a 2019 Hyundai Sedan bearing the New York license plate T699269C.

18. That at all times mentioned herein, the Defendant, Aaron Bennett, was the driver of a 2019 Hyundai Sedan bearing the New York license plate T699269C.

19. That at all times mentioned herein, the Defendant, Lux Credit Consultants LLC, was the registered owner of a 2019 Hyundai Sedan bearing the New York license plate T699269C.

20. That at all times mentioned herein, the Defendant, Jeffrey Christophersen, was the driver of a 2019 Paccar Box Truck bearing the license plate 8811698.

21. That at all times mentioned herein, the Defendant, United States Postal Service, was the registered owner of a 2019 Paccar Box Truck bearing the license plate 8811698.

22. That on the 11th day of April, 2022, the Plaintiff, Teshwattie Brijlall, was the passenger of a 2019 Hyundai Sedan bearing the New York license plate T699269C operated by Defendant Aaron Bennett, during the course of providing taxi cab services on behalf of Defendant, Uber Technologies, Inc. with knowledge, permission and consent of the vehicle's registered owner, Defendant Lux Credit Consultants LLC.

23. That on the 11th day of April, 2022, the Defendant, Jeffrey Christophersen, operated a 2019 Paccar Box Truck bearing the license plate 8811698 with the knowledge, permission and consent of its registered owner, the Defendant, United States Postal Service during his course of employment with Defendant United States Postal Service.

24. That at all times mentioned herein, 160 Street and North Conduit Avenue, in the County of Queens, City and State of New York, were and still are public roadways.

4

25. That on the 11th day of April, 2022, the Plaintiff, Teshwattie Brijlall, was a passenger in the 2019 Hyundai Sedan bearing the New York license plate T699269C motor vehicle driven by the Defendant Aaron Bennett during the course of providing taxi services on behalf of Defendant, Uber Technologies, Inc. with the knowledge, permission and consent of its registered owner Lux Credit Consultants LLC, while travelling on North Conduit Avenue at and/or near the intersection of 160 Street, in the County of Queens, City and State of New York.

26. That on the 11th day of April, 2022, the Defendant, Jeffrey Christophersen, was driving a 2019 Paccar Box Truck bearing the license plate 8811698 traveling towards 160 Street at and/or near the intersection of North Conduit Avenue, in the County of Queens, City and State of New York with the knowledge, permission and consent of its registered owner Defendant United States Postal Service.

27. That on the 11th day of April, 2022, on North Conduit Avenue at and/or near the intersection of 160 Street, in the County of Queens, City and State of New York, the vehicle operated by the Defendant, Jeffrey Christophersen, with the knowledge, permission and consent of its owner, the Defendant, United States Postal Service, bearing the license plate 8811698, made contact with the vehicle operated by the Defendant, Aaron Bennett, bearing the license plate T699269C with Plaintiff, Teshwattie Brijlall as passenger.

28. That as a result of said accident, Plaintiff, Teshwattie Brijlall, suffered serious injuries that were caused entirely by and through the negligence of the Defendants and without any negligence on the part of the Plaintiff contributing thereto.

29. That the Defendants were negligent, reckless and careless in the control, entrustment, management, maintenance, operation and control of their motor vehicle; in failing to keep their

motor vehicle under safe, proper, reasonable and lawful control; in failing to yield; in permitting and allowing said motor vehicle to be driven at fast and dangerous rates of speed under the circumstances and conditions prevailing at the aforesaid time and place; in failing to sound a horn, siren light or other signaling or warning device; in failing to properly use brakes; in following too closely; in failing to keep a proper lookout and in failing to see what is there to see; in so carelessly and negligently operating their motor vehicle so as to cause contact with otherSSSSS vehicles and objects; in failing to take the proper and necessary steps to avoid the occurrence herein; in failing to swerve, deviate and/or avert their motor vehicle in time to avoid the occurrence herein; in failing to obey the rules of the road; and in operating their motor vehicle without due regard to the life and limb of the Plaintiff, and in failing to properly maintain and respect their respective vehicles.

30. That as a result of the aforementioned negligence, the Plaintiff was caused to suffer serious injuries all to her damage and detriment in the sum of an amount mentioned below, together with the costs and disbursements of this action.

31. Plaintiffs claim economic loss, both basic and in excess of seventy-five thousand dollars ($75,000.00).

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff demands that a judgment for damages be entered against the Defendants, both jointly and severally, based upon the aforesaid causes of action, in an unspecified amount exceeding the jurisdictional limitations of all lower courts which would have jurisdiction over this case; that they be awarded the costs and disbursements of this action, and such other and further relief as the Court determines to be just and proper.

6

## DEMAND FOR JURY TRIAL

**PLEASE TAKE NOTICE** that plaintiff hereby demands a trial by jury in this action for all issues.

Respectfully submitted this 26th day of November, 2023.

Respectfully Submitted,

By: /s/Ruben Davidoff
Ruben Davidoff, Esq.
Attorney for Plaintiff
Davidoff Law, P.C.

7